IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICKI L. WALKER,                                              05-CV-6253-ST

        Plaintiff,                                       ORDER

v.

JOANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.


**KATHRYN TASSINARI**
**BRENT WELLS**
Harder, Wells, Baron & Manning, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204
(503) 727-1000

1 - ORDER

**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**RICHARD A. MORRIS**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2531

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#17) on August 31, 2006, in which she recommended this Court remand this case to the Commissioner for further administrative proceedings.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>CONCLUSION</u>

    The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#17).  Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner

2 - ORDER

for further administrative proceedings.

    IT IS SO ORDERED.

    DATED this 13th day of November, 2006

                   /s/ Anna J. Brown

                   _____
                   ANNA J. BROWN
                   United States District Judge