Kathryn Tassinari, OSB# 80115
Brent Wells, OSB# 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'07 FEB 02 14:23USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| VICKIE L. WALKER, | ) | |
|---|---|---|
| | ) | Civil No. 05-6253-ST |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| LINDA S. McMAHON, | ) | FEES, EXPENSES AND COSTS PURSUANT |
| Commissioner of Social Security, | ) | TO EAJA AND 28 U.S.C. § 1920 |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $3,776.29, expenses in the amount of $25.00, and costs in the amount of $250.00,

IT IS SO ORDERED that plaintiff's motion is granted in the total sum of $4,051.29 as full settlement of any and all claims for attorney fees and expenses under EAJA, 28 U.S.C. §2412, and costs pursuant to 28 U.S.C. §1920. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 2nd day of February, 2007.

_____
U.S. District Judge

PRESENTED BY:

By: ___s/ Kathryn Tassinari_____
    Kathryn Tassinari, OSB#80115

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, EXPENSES & COSTS

Of Attorneys for Plaintiff

2 - ORDER FOR PAYMENT OF ATTORNEY FEES, EXPENSES & COSTS